DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**FILED**

MAY 06 2011


UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   DERLENA F. BUCKLEY

Chapter 13
Case No. 05-3-1864 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $.70 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| CLERK OF THE COURT PC<br>DERLENA F. BUCKLEY<br>5329 FLEMING AVE<br>RICHMOND, CA 94804 | $.70 |

Dated:  May 5, 2011

_____
CECILIA MARCELO
Receipts Administrator